# FORCAST 2012 APRIL-JULY

| | APR FORCAST | MAY FORCAST | JUNE FORCAST | JULY FORCAST | 4 MONTH FORCAST |
|---|---|---|---|---|---|
| REVENUES | $ 140,000.00 | $ 175,000.00 | $ 215,000.00 | $ 225,000.00 | $ 755,000.00 |

## FORCAST 2012 APRIL-JULY

| | APR FORCAST | MAY FORCAST | JUNE FORCAST | JULY FORCAST | 4 MONTH FORCAST |
|---|---|---|---|---|---|
| PAYROLL (All departments incld stacy+ taxes) | $ 47,700.00 | $ 48,200.00 | $50,000.00 | $50,000.00 | $195,900.00 |
| MEDICAL/DENTAL INSURANCE | $ 4,400.00 | $ 4,400.00 | $4,400.00 | $4,400.00 | $17,600.00 |
| ROOM EXPENSES (Cable, cleaning & laundry, bkgrd music, guest supplies, newspaper) | $ 6,050.00 | $ 6,200.00 | $6,800.00 | $6,800.00 | $25,850.00 |
| CONTINENTAL BREAKFAST | $ 6,000.00 | $ 6,500.00 | $7,000.00 | $7,000.00 | $26,500.00 |
| VAN (Fuel, Port Ent., Maint.) | $ 7,900.00 | $ 8,200.00 | $9,000.00 | $9,000.00 | $34,100.00 |
| UTILITES | $ 18,000.00 | $ 19,500.00 | $20,000.00 | $20,000.00 | $77,500.00 |
| GROUNDS/MAINTENANCE | $ 5,600.00 | $ 5,800.00 | $6,200.00 | $6,200.00 | $23,800.00 |
| OFFICE (Supplies, travel, bus. Licenses) | $ 1,600.00 | $ 1,600.00 | $1,800.00 | $1,900.00 | $6,900.00 |
| LEASES (Computers, copier, car) | $ 2,700.00 | $ 2,700.00 | $2,700.00 | $2,700.00 | $10,800.00 |
| BUSINESS INSURANCE | $ 6,100.00 | $ 6,100.00 | $6,100.00 | $6,100.00 | $24,400.00 |
| INTEREST/BANK CHARGES/CC COMMISSION | $ 6,500.00 | $ 6,500.00 | $7,000.00 | $7,000.00 | $27,000.00 |
| FRANCHISE FEES | $ 12,350.00 | $ 12,350.00 | $23,700.00 | $23,700.00 | $72,100.00 |
| DEPRECIATION | $ 10,330.00 | $ 10,330.00 | $10,330.00 | $10,330.00 | $41,320.00 |
| TAXES (all but payroll) | $ 8,000.00 | $ 8,500.00 | $ 8,900.00 | $ 10,000.00 | $35,400.00 |
| TOTAL FORCAST EXPENSES | 143,230.00 | 146,880.00 | 163,930.00 | $165,130.00 | $619,170.00 |
| TOTAL FORCAST REVENUE | 140,000.00 | 175,000.00 | 215,000.00 | 225,000.00 | $755,000.00 |
| FORCAST REVENUE | (3,230.00) | 28,120.00 | 51,070.00 | 59,870.00 | 135,830.00 |