Judge Karen Overstreet
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>SEATTLE GROUP LIMITED,<br><br>DEBTOR | No. 12-13263<br><br>DECLARATION OF LARRY B. FEINSTEIN IN SUPPORT OF APPLICATION TO HIRE ATTORNEY FOR DEBTOR |

Larry B. Feinstein, being first duly sworn on oath deposes and says under penalties of perjury of the laws of the State of Washington:

1. I am Larry B. Feinstein of Vortman & Feinstein, and make this Declaration as such.

2. After having made a check for potential conflicts which might arise as a result of the representation of the debtor in possession as its attorney in the within case, to the best of my knowledge and belief, no conflict would arise by my firm's representation. To the best of my knowledge, I have no connection with any creditor, member of the debtor, its attorneys or accountants, or other known parties in interest in the case, other than representation of the debtor's sister company, Condor Development, LLC, Case No. 12-13287, in which there is a pending Motion to Consolidate these two cases. Therefore, I believe I am disinterested for purposes of sections 101(13), 327(c) and 1107(b) of the

DECLARATION OF LARRY B. FEINSTEIN IN SUPPORT OF APPLICATION TO HIRE ATTORNEY FOR DEBTOR

Page 1 of 3

VORTMAN & FEINSTEIN
500 UNION STREET, STE 500
SEATTLE, WA 98101
(206) 223-9595
(206) 386-5355 (fax)

Case 12-13263-TWD    Doc 20    Filed 04/12/12    Ent. 04/12/12 15:21:29    Pg. 1 of 3

Bankruptcy Code.

3. I have reviewed Local BR 2016 and I am familiar with same.

4. I have not shared or agreed to share compensation with any other entity other than those employed by my office. We received $3,500 prior to the filing for prepetition legal services, preparing the Chapter 11 filing, preparing schedules and statements, and $1,500, in addition, as a retainer for these Chapter 11 proceedings, from the debtor and/or principal of the debtor, which is being held in Trust, and agreed to receive an additional $5,000 into trust as retainer for Chapter 11from the debtor's monthly operating income. The debtor was advised that future fees will be paid only upon order of the court.

5. A copy of my Engagement Agreement is attached or is available for review upon request.

6. A copy of the Motion and Order to Hire Attorney for Debtor and this Affidavit, and my retainer agreement has been served on the U.S. Trustee ECF.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 5th day of April, 2012.

/s/ Larry B. Feinstein

_____
Larry B. Feinstein WSBA # 6074
Attorney for Debtor

DECLARATION OF LARRY B. FEINSTEIN IN SUPPORT OF APPLICATION TO HIRE ATTORNEY FOR DEBTOR

Page 2 of 3

VORTMAN & FEINSTEIN
500 UNION STREET, STE 500
SEATTLE,WA 98101
(206) 223-9595
(206) 386-5355 (fax)

| | | | |
|---|---|---|---|
| 23 | DECLARATION OF LARRY B. FEINSTEIN IN SUPPORT OF APPLICATION TO HIRE ATTORNEY FOR DEBTOR | Page 3 of 3 | VORTMAN & FEINSTEIN<br>500 UNION STREET, STE 500<br>SEATTLE, WA 98101<br>(206) 223-9595<br>(206) 386-5355 (fax) |
| 24 | | | |