David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, Room 7206
Hearing Date: October 19, 2012
Hearing Time: 9:30 a.m.
Response Date: October 12, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| In re:<br><br>SEATTLE GROUP LIMITED,<br><br>Debtor. | No. 12-13263 (Jointly Administered)<br><br>Chapter 11 |
| In re:<br><br>CONDOR DEVELOPMENT, LLC,<br><br>Debtor. | No. 12-13287<br><br>Chapter 11<br><br>DECLARATION OF VINCENT CHAN IN SUPPORT OF EASTWEST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

Vincent Chan declares as follows:

1. I am an Officer in the Special Asset Group of EastWest Bank ("EWB"). I have first-hand personal knowledge of the facts set forth below and am competent in all ways to testify. If called before the court to testify to the matters set forth below, I would do so in a manner consistent with this declaration.

2. EWB is the successor-in-interest to Washington First International Bank ("WFIB") under the Purchase and Assumption Agreement Whole Bank between the Federal Deposit Insurance Corporation as receiver for WFIB.

3. As described in the table below, EWB is the current beneficiary two (2) deeds of trust (collectively, the "Deeds of Trust"), each of which was granted by Debtor Condor Development, LLC ("Condor") to secure two loans made by EWB to Condor Development, LLC ("Condor").

| Loan No. | Deed of Trust (King County recording No.) | Note Principal Amount | Outstanding Balance as of March 31, 2012 | Note Date | Collateral |
|---|---|---|---|---|---|
| 85811045 | 20051129002764 | $865,000 | $792,632.21 | 11/15/2005 | The "Parking Lot," 19266 28th Ave S., SeaTac, WA 98188; Assignment of Leases and Rents dated 11/15/2005 |
| 85811047 | 20080131000687 | $8,350,000 | $8,382,110.07 | 1/29/2008 | The "Hotel Property," 19260 28th Ave S and 19333 International Blvd., SeaTac, WA 98188; Assignment of Leases and Rents dated 1/29/2008 |

4. The loans are evidenced by two promissory notes held by EWB. One of the promissory notes, with a principal amount of $865,000 is dated November 15, 2005 (the "First Note"). A true and correct copy of the First Note is attached hereto as <u>Exhibit A</u>. The other promissory note with the principal amount of $6,850,000 is dated January 29, 2009 (the "Second Note"). A true and correct copy of the Second Note is attached hereto as <u>Exhibit B</u>.



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

5. The First Note was modified by that certain Change in Terms Agreement dated April 26, 2011, attached hereto as Exhibit C, which extended the maturity date of the First Note to December 31, 2011, and fixed the non-default interest rate to a fixed rate of 5.00%. By letter dated February 2, 2012, EWB extended the maturity date of the First Note to March 31, 2012. A true and correct copy of the letter extending the maturity date of the First Note is attached hereto as Exhibit D.

6. The First Note is secured by Condor's interest in real property located at 19266 28th Ave South, SeaTac, Washington 98188 (the "Parking Lot"), as evidenced by a certain Deed of Trust executed in favor of WFIB and recorded in King County on November 28, 2005, under King County Recorder's No. 20051129002763. A true and correct copy of the Deed of Trust securing Condor's obligations under the First Note is attached as Exhibit E.

7. The First Note is also secured by that certain Assignment of Leases and Rents dated November 15, 2005, and recorded under King County Recorder's No. 20051129002764 on November 29, 2005 (the "Assignment of Rents"), pursuant to which Lender asserts right, title, and interest in all leases, subleases, licenses, guaranties, or other agreements for the use occupancy of the property, as well as all rents, issues, parking charges, and profits of the Parking Lot as more particularly described in the Assignment of Leases and Rents. A true and correct copy of the Assignment of Rents is attached hereto as Exhibit F.

8. The Second Note evidences a loan WFIB made to Condor in the amount of $6,850,000 to fund improvements to a Comfort Inn Hotel near the SeaTac Airport. The principal amount of the loan was increased to $8,350,000 pursuant to that certain Change in Terms Agreement dated June 18, 2008, and attached hereto as Exhibit G. The Second Note was further modified by that certain Change in Terms Agreement dated December 10, 2009, and attached hereto as Exhibit H, which provides that upon default, including failure by Condor to pay the Second Note upon final maturity, the interest rate on the loan shall be increased by adding a 5 percentage points to



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

the non-default rate of interest. The Second Note was also modified that certain Change in Terms Agreement dated April 26, 2011, attached hereto as Exhibit I, which modified the non-default interest rate to a fixed rate of 5% and provided that all indebtedness under the Second Note would be due and owing to EWB on December 31, 2011. EWB granted Condor a 90-day extension of the loan maturity to March 31, 2012 by a letter dated February 2, 2012, which is attached hereto as Exhibit J.

9. The Second Note is secured by the Debtor's interest in real property located at 19260 28th Ave South and 19333 International Boulevard, SeaTac, WA 98188 (the "Hotel Property" and together with the Parking Lot, the "Properties") as evidenced by that certain Deed of Trust in favor of WFIB and recorded in King County on January 31, 2008, under King County Recorder's No. 20080131000687. A true and correct copy of the Deed of Trust securing Condor's obligations under the Second Note is attached hereto as Exhibit K.

10. The Second Note is also secured by that certain Assignment of Leases and Rents, dated January 29, 2008, and recorded under King County Recorder's No. 20080131000688 on January 31, 2008. Pursuant to that Assignment of Leases and Rents, which is attached hereto as Exhibit L, EWB holds the right, title, and interest in all rents, revenue income, leases, royalties, accounts receivable, cash, or security deposits, profits and proceeds from the Hotel Property.

11. The First Note and Second Note are in default by reason of Defendants' failure to make monthly principal and interest payments when due, as follows:

a. Loan 85811045: Condor is in default for failure to pay all outstanding indebtedness under the First Note by March 31, 2012. The principal amount of indebtedness owed to Lender under the First Note as of the petition date is $785,957.39. As of March 31, 2012, the total loan balance owed to EWB under the First Note was $792,632.21.



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

b. Loan 85811047: Condor is in default under the Second Note for failure to pay all outstanding indebtedness by March 31, 2012. The principal amount of indebtedness owed to EWB under the Second Note as of the petition date is $8,275,039.35. As of March 31, the total amount owing to EWB under the Second Note was $8,382,110.07.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 19th day of September, at Torrance, California.

See attached signature page____
Vincent Chan



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

b. Loan 85811047: Condor is in default under the Second Note for failure to pay all outstanding indebtedness by March 31, 2012. The principal amount of indebtedness owed to EWB under the Second Note as of the petition date is $8,275,039.35. As of March 31, the total amount owing to EWB under the Second Note was $8,382,110.07.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 19th day of September, at Torrance, California.

Vincent Chan



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022