David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 11
Hearing Location: Seattle, Room 8106
Hearing Date: June 13, 2014
Hearing Time: 9:30 a.m.
Response Date: June 6, 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| In re:<br><br>SEATTLE GROUP LIMITED,<br><br>Debtor. | No. 12-13263 (Jointly Administered)<br><br>Chapter 11 |
| In re:<br><br>CONDOR DEVELOPMENT, LLC,<br><br>Debtor. | No. 12-13287<br><br>Chapter 11<br><br>DECLARATION OF VINCENT CHAN IN SUPPORT OF EASTWEST BANK'S OBJECTION TO DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION DATED MAY 12, 2014 |

Vincent Chan declares as follows:

1. I am an Officer in the Special Asset Group of EastWest Bank ("EWB"). I have first-hand personal knowledge of the facts set forth below and am competent in all ways to testify. If called before the court to testify to the matters set forth below, I would do so in a manner consistent with this declaration.

2. Attached hereto as Exhibit A is a promissory note, held by EWB, pursuant to which Condor Development, LLC borrower $250,000 from Washington Firsts International Bank. Attached hereto as Exhibit B is a copy of the deed of trust securing the obligation.



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3. Condor Development, LLC is in default under the note attached hereto as Exhibit A for failure to pay all of the outstanding indebtedness by November 16, 2010. The amount of indebtedness owed to EWB as of the petition date is $256,727.96.

4. Attached hereto as Exhibit C is a copy of the wire confirmation evidencing that EastWest Bank paid all outstanding real property taxes levied against the properties which constitute its collateral.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 6TH day of June, 2014, at Los Angeles, California.

Vincent Chan



K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022