HONORABLE TIMOTHY W. DORE
Chapter 11
HEARING DATE: June 13, 2014
HEARING TIME: 9:30 A.M.
LOCATION: Seattle, Ctrm. 8106
RESPONSE DUE: June 6, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re<br><br>SEATTLE GROUP, LTD, dba COMFORT INNS & SUITES,<br><br>Debtors.<br><br>———————————————————<br><br>CONDOR DEVELOPMENT LLC,<br><br>Debtor. | No. 12-13263 TWD<br>(Jointly Administered)<br><br>BALLOT SUMMARY<br><br><br><br><br>NO. 12-13287 TWD |

Debtors and Debtors in Possession in the above-referenced case, Seattle Group Ltd, dba Comfort Inn and Suites and Condor Development LLC, (collectively, the "Debtors" or the "Plan Proponent"), by and through their attorneys Lane Powell LP and Mary Jo Heston, submit this Ballot Summary[1] pursuant to Local Bankruptcy Rules 3018.

//

//

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan (defined below). A separate pre-confirmation report will be filed shortly.

BALLOT SUMMARY - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

127041.0001/6039644.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 1 of 11

# I.

# BALLOT SUMMARY

Pursuant to Local Bankruptcy Rule 3018, the following is a summary of the ballots cast to accept or reject the Fourth Amended Joint Plan of Liquidation dated May 12, 2014 (the "Plan") filed by the Debtor. The holders of Class 1, 2, and 3 claims were not entitled to vote pursuant to section 1126(g) of the Bankruptcy Code. Of the four classes voting, Classes 4, 6 and 8 have voted to accept the Plan. EastWest Bank, the sole claimant in Classes 5 (secured) and 7(unsecured) has rejected the Plan. Below is a summary of the votes received by class.

A. <u>Class 4 (Allowed Secured Claims of King County)</u>.
Class 4 has accepted the Plan.
Percentage number of acceptances: 100%
Percentage dollar amount of acceptances: 100%

B. <u>Class 5 (Allowed Secured Claim of East West Bank)</u>.
Class 5 has rejected the Plan.
Percentage number of rejections: 100%
Percentage dollar amount of rejections: 100%

C. <u>Class 6 (Allowed General Unsecured Claims Without Guaranties)</u>.
Class 6 has accepted the Plan.
Percentage number of acceptances: 100%
Percentage dollar amount of acceptances: 100%

D. <u>Class 7 (Allowed General Unsecured Claims With Guaranties)</u>.
Class 7 has rejected the Plan.
Percentage number of rejections: 100%
Percentage dollar amount of rejections: 100%

E. <u>Schedule of Ballots</u>.
See below.

**CLASS 1 (Allowed Administrative Claims). Not entitled to vote.**

**CLASS 2 (Priority Tax Claims). Not entitled to vote.**

BALLOT SUMMARY - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

127041.0001/6039644.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 2 of 11

| CLASS 3 (Allowed Priority Wage Claims): Not entitled to vote. |
|---|

**CLASS 4 (Allowed Secured Claims of King County)**

| Vote | Amount | Claimant | Notes |
|---|---|---|---|
| Accepted | $554,427.00 | King County Treasury Operations<br>Attn: Linda Crane Nelson<br>500 4th Avenue, Room 600<br>Seattle, WA 98104 | **Administrative Claim** amount is $22,543.95<br>Debtor scheduled:<br>**Schedule D** (Amended 4/12/13) $554,427.00 |

**CLASS 5 (Allowed Secured Claim of East West Bank)**

| Vote | Amount | Claimant | Notes |
|---|---|---|---|
| Rejected | $8,580,000.00 | East West Bank<br>c/o Maita Prout, Esq.<br>135 N. Los Robles Avenue,<br>Suite 600<br>Pasadena, CA 91101 | Proof of Claim indicates claim amount as $9,060,996.74<br>Address listed on Proof of Claim: K&L Gates LLP, Attn: David C. Neu<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |

**CLASS 6 (Allowed General Unsecured Claims Without Guaranties)**

| Vote | Amount | Claimant | Notes |
|---|---|---|---|
| Accepted | (Option 1 - Agreed Reduction of claim to $1,000) | Hubert Company, LLC<br>Attn: Connie Rawe, AR Manager<br>9555 Dry Fork Rd.<br>Harrison, OH 45030 | Proof of Claim indicates claim amount as $4,168.57<br>Debtor scheduled: $4,606.26.<br>Address listed on Proof of Claim: Hubert Company, LLC<br>9555 Dry Fork Rd.<br>Harrison, OH 45030 |

**CLASS 7 (Allowed General Unsecured Claims *With* Guaranties)**

| Vote | Amount | Claimant | Notes |
|---|---|---|---|
| Rejected | $851,470.30<br>(Option 2 - Agreed Payment from Net Cash Flow and Sale) | East West Bank<br>c/o Maita Prout, Esq.<br>135 N. Los Robles Avenue,<br>Suite 600<br>Pasadena, CA 91101 | Proof of Claim indicates claim amount as $9,060,996.74<br>Debtor scheduled:<br>**Schedule D** $9,402,896.27 (Amended 4/12/13).<br>Address listed on Proof of Claim: K&L Gates LLP, Attn: David C. Neu |

BALLOT SUMMARY - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

127041.0001/6039644.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 3 of 11

|  |  |  | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |

**CLASS 8 (Allowed Claims of Interest Holders)**

| Vote | Amount | Claimant | Notes |
|------|--------|----------|-------|
| Accepted | | Condor Development LLC<br>c/o Laura Johnson Ciaramella<br>11740 W. Sunset PH 41<br>Los Angeles, CA 90049 | No Proof of Claim filed. |
| Accepted | | Michael J. Seibert, Conservator of the Estate of Joseph R. Ciaramella, President Condor Management, Inc., General Partner of Seattle Group, Ltd. and Member, Condor Development, LLC<br>149 S. Burrington Ave #927<br>Los Angeles, CA 90049 | No Proof of Claim filed. |

F. <u>Ballots</u>.

Copies of the Ballots are attached hereto as **Exhibit A**.

DATED this 9th day of June, 2014.

LANE POWELL PC

By /s/ Mary Jo Heston
Mary Jo Heston, WSBA No. 11065
Attorneys for Debtors

BALLOT SUMMARY - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

127041.0001/6039644.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 4 of 11

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of Lane Powell PC, and on June 9, 2014, she caused the foregoing Ballot Summary to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

In addition, she caused the Ballot Summary to deposited in Seattle, Washington via regular First Class mail, postage prepaid addressed to the following:

East West Bank
c/o Maita Prout, Esq.
135 N. Los Robles Avenue, Suite 600
Pasadena, CA  91101

K&L Gates LLP, Attn:  David C. Neu
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on this 9th day of June, 2014, at Seattle, Washington.

/s/ Teresa M. Stephenson
Teresa M. Stephenson

BALLOT SUMMARY - 5

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON  98111-9402
206.223.7000 FAX: 206.223.7107

127041.0001/6039644.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 5 of 11

# EXHIBIT A

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a claim in the following class (classification of claim and interests is set out in Article II of the enclosed Plan):

- ☐ Class 1     Allowed Administrative Claims [*not entitled to vote*]
- ☐ Class 2     Allowed Priority Tax Claim [*not entitled to vote*]
- ☐ Class 3     Allowed Priority Wage Claims [*not entitled to vote*]
- ☑ Class 4     Allowed Secured Claims of King County
- ☐ Class 5     Allowed Secured Claim of East West Bank
- ☐ Class 6     Allowed General Unsecured Claims without Guarantees
- ☐ Class 7     Allowed General Unsecured Claims with Guarantees
- ☐ Class 8     Allowed Interest Holders

in the amount of $_____; and hereby

[☑] ACCEPTS THE PLAN            [ ] REJECTS THE PLAN

If you are a Class 6 or 7 Claim you should select Option 1 or Option 2 below:

- ☐ Option 1     I agree to reduce my Claim to $1,000 and receive payment of this amount on the Effective Date of the Plan
- ☐ Option 2     I agree to accept payment from the Net Cash Flow and from the sale as set forth in Article VI, Paragraphs C and D of the Plan

***If you do not elect one of these options you will be deemed to have elected Option 1.***

Print/Type Name of Claimant: King County Treasury Operations

Signed: *[signature]*

Print/Type Name of Person Signing: Linda Crane Nelsen

Print/Type Title: Business Finance Officer

Print/Type Address: 500 4th Ave Rm600 Seattle WA 98104

**RETURN THIS BALLOT FOR RECEIPT ON OR BEFORE 4:00 p.m. on JUNE 6, 2014 TO:**
Lane Powell PC
ATTN: Teresa Stephenson
1420 Fifth Avenue, Ste 4200
PO Box 91302
Seattle, WA 98111-9402
(206) 223-7107 (fax)

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127041.0001/5652761.1

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a claim in the following class (classification of claim and interests is set out in Article II of the enclosed Plan):

- ☐ Class 1      Allowed Administrative Claims [*not entitled to vote*]
- ☐ Class 2      Allowed Priority Tax Claim [*not entitled to vote*]
- ☐ Class 3      Allowed Priority Wage Claims [*not entitled to vote*]
- ☐ Class 4      Allowed Secured Claims of King County
- ☒ Class 5      Allowed Secured Claim of East West Bank
- ☐ Class 6      Allowed General Unsecured Claims without Guarantees
- ☒ Class 7      Allowed General Unsecured Claims with Guarantees
- ☐ Class 8      Allowed Interest Holders

Class 5 Secured Claim in the amount of $8,580,000; Class 7 Unsecured Claim in the amount of $851,470.30.

in the amount of $_____; and hereby

[ ] ACCEPTS THE PLAN           [X] REJECTS THE PLAN

If you are a Class 6 or 7 Claim- you should select Option 1 or Option 2 below:

- ☐ Option 1    I agree to reduce my Claim to $1,000 and receive payment of this amount on the Effective Date of the Plan
- ☒ Option 2    I agree to accept payment from the Net Cash Flow and from the sale as set forth in Article VI, Paragraphs C and D of the Plan

*<u>If you do not elect one of these options you will be deemed to have elected Option 1.</u>*

Print/Type Name of Claimant: EastWest Bank

Signed: *[signature]*

Print/Type Name of Person Signing: Maita Prout

Print/Type Title: Attorney

Print/Type Address: 135 N. Los Robles Avenue, Suite 600r
Pasadena, CA 91101

**RETURN THIS BALLOT FOR RECEIPT ON OR BEFORE 4:00 p.m. on JUNE 6, 2014 TO:**
Lane Powell PC
ATTN: Teresa Stephenson
1420 Fifth Avenue, Ste 4200
PO Box 91302
Seattle, WA 98111-9402
(206) 223-7107 (fax)

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127041.0001/5652761.1

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a claim in the following class (classification of claim and interests is set out in Article II of the enclosed Plan):

- ☐ Class 1 — Allowed Administrative Claims [*not entitled to vote*]
- ☐ Class 2 — Allowed Priority Tax Claim [*not entitled to vote*]
- ☐ Class 3 — Allowed Priority Wage Claims [*not entitled to vote*]
- ☐ Class 4 — Allowed Secured Claims of King County
- ☐ Class 5 — Allowed Secured Claim of East West Bank
- ☑ Class 6 — Allowed General Unsecured Claims without Guarantees
- ☐ Class 7 — Allowed General Unsecured Claims with Guarantees
- ☐ Class 8 — Allowed Interest Holders

in the amount of $_____; and hereby

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

If you are a Class 6 or 7 Claim- you should select Option 1 or Option 2 below:

- ☑ Option 1 — I agree to reduce my Claim to $1,000 and receive payment of this amount on the Effective Date of the Plan
- ☐ Option 2 — I agree to accept payment from the Net Cash Flow and from the sale as set forth in Article VI, Paragraphs C and D of the Plan

*If you do not elect one of these options you will be deemed to have elected Option 1.*

Print/Type Name of Claimant: HUBERT COMPANY, LLC

Signed: By: Connie Rawe

Print/Type Name of Person Signing: CONNIE RAWE

Print/Type Title: AR MANAGER       5/29/14

Print/Type Address: 9555 DRY FORK RD, HARRISON, OH 45030

**RETURN THIS BALLOT FOR RECEIPT ON OR BEFORE 4:00 p.m. on JUNE 6, 2014 TO:**
Lane Powell PC
ATTN: Teresa Stephenson
1420 Fifth Avenue, Ste 4200
PO Box 91302
Seattle, WA 98111-9402
(206) 223-7107 (fax)

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127041.0001/5652761.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 9 of 11

ACCEPTANCE OR REJECTION OF THE PL

The undersigned is the holder of a claim in the following class (cl and interests is set out in Article II of the enclosed Plan):

- ☐ Class 1   Allowed Administrative Claims [*not entitled to vote*]
- ☐ Class 2   Allowed Priority Tax Claim [*not entitled to vote*]
- ☐ Class 3   Allowed Priority Wage Claims [*not entitled to vote*]
- ☐ Class 4   Allowed Secured Claims of King County
- ☐ Class 5   Allowed Secured Claim of East West Bank
- ☐ Class 6   Allowed General Unsecured Claims without Guarantees
- ☐ Class 7   Allowed General Unsecured Claims with Guarantees
- ☑ Class 8   Allowed Interest Holders

in the amount of $_____; and hereby

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

If you are a Class 6 or 7 Claim- you should select Option 1 or Option 2 below:

- ☐ Option 1   I agree to reduce my Claim to $1,000 and receive payment of this amount on the Effective Date of the Plan
- ☐ Option 2   I agree to accept payment from the Net Cash Flow and from the sale as set forth in Article VI, Paragraphs C and D of the Plan

*If you do not elect one of these options you will be deemed to have elected Option 1.*

Print/Type Name of Claimant: Condor Dev. LLC

Signed: Laura J. Ciaramella

Print/Type Name of Person Signing: Laura Johnson Ciaramella

Print/Type Title: member

Print/Type Address: 11740 W. Sunset ~~#PH~~ PH 41 Los Angeles, CA 90049

**RETURN THIS BALLOT FOR RECEIPT ON OR BEFORE 4:00 p.m. on JUNE 6, 2014 TO:**
Lane Powell PC
ATTN: Teresa Stephenson
1420 Fifth Avenue, Ste 4200
PO Box 91302
Seattle, WA 98111-9402
(206) 223-7107 (fax)

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127041.0001/5652761.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 10 of 11

# ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is the holder of a claim in the following class (classification of claim and interests is set out in Article II of the enclosed Plan):

- ☐ Class 1   Allowed Administrative Claims [*not entitled to vote*]
- ☐ Class 2   Allowed Priority Tax Claim [*not entitled to vote*]
- ☐ Class 3   Allowed Priority Wage Claims [*not entitled to vote*]
- ☐ Class 4   Allowed Secured Claims of King County
- ☐ Class 5   Allowed Secured Claim of East West Bank
- ☐ Class 6   Allowed General Unsecured Claims without Guarantees
- ☐ Class 7   Allowed General Unsecured Claims with Guarantees
- ☒ Class 8   Allowed Interest Holders

in the amount of $_____; and hereby

☒ ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

If you are a Class 6 or 7 Claim- you should select Option 1 or Option 2 below:

- ☐ Option 1   I agree to reduce my Claim to $1,000 and receive payment of this amount on the Effective Date of the Plan
- ☐ Option 2   I agree to accept payment from the Net Cash Flow and from the sale as set forth in Article VI, Paragraphs C and D of the Plan

*If you do not elect one of these options you will be deemed to have elected Option 1.*

Print/Type Name of Claimant: Michael J. Seibert, Conservator of the Estate of Joseph K. Ciaramella, President Condor Management, Inc., General Partner of Seattle Group, Ltd and Member, Condor Development, LLC

Signed: /s/ Michael J. Seibert

Print/Type Name of Person Signing: Michael J. Seibert

Print/Type Title: Conservator of the Estate of Joseph R. Ciaramella, President Condor Management, Inc., General Partner Seattle Group Ltd and Member, Condor Development, LLC

Print/Type Address: 149 S. Barrington Ave #927, LA CA 90049

**RETURN THIS BALLOT FOR RECEIPT ON OR BEFORE 4:00 p.m. on JUNE 6, 2014 TO:**
Lane Powell PC
ATTN: Teresa Stephenson
1420 Fifth Avenue, Ste 4200
PO Box 91302
Seattle, WA 98111-9402
(206) 223-7107 (fax)

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127041.0001/5652761.1

Case 12-13263-TWD    Doc 243    Filed 06/09/14    Ent. 06/09/14 09:08:37    Pg. 11 of 11